# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| John D. Nagle,<br><br>    Plaintiff,<br>v.<br><br>BMO Harris Bank, N.A.,<br><br>    Defendant. | **CIVIL ACTION NO.**<br>**1:16-cv-00036-LRR** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice with each party to bear its own fees and costs.

Dated this 6th day of April, 2017.

By: /s/Tommy J. Lyons, Jr.

*Attorneys for Plaintiff John D. Nagle*

Thomas J. Lyons, Jr.
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Tel: (651) 770-9707
Fax: (651) 704-0907

tommy@consumerjusticecenter.com

Samuel Z. Marks, Attorney ID# IS9998821
**MARKS LAW FIRM, P.C.**
4225 University Avenue
Des Moines, IA 50311
sam@markslawdm.com

Mark L. Vavreck
LAW OFFICES OF GONKO & VAVRECK
Designers Guild Building
401 North 3rd Street, Suite 600
Minneapolis, MN 55401
Tel: (612) 659-9500
Fax: (612) 659-9220
mvavreck@mgvlawfirm.com


By: /s/Eric J. Gribbin

*Attorneys for Defendant BMO Harris Bank, N.A.*

Eric J. Gribbin
**AKERMAN LLP**
71 South Wacker Drive
46th Floor
Chicago, IL 60606
Tel: (312) 634-5700
Fax: (312) 424-1905

Paul C. Lillios, Attorney ID #AT0004762
33 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
Tel: 312.368-1222
Fax: 888.902.7285